Dennis F. Moss, Esq. (State Bar No. 77512)
  dennisfmoss@yahoo.com
H. Scott Leviant, Esq. (State Bar No. 200834)
  scott@spiromoss.com
Linh Hua (State Bar No. 247419)
  linh@spiromoss.com
**SPIRO MOSS LLP**
11377 W. Olympic Blvd., 5th Floor
Los Angeles, California 90064-1683
Telephone: (310) 235-2468; Facsimile: (310) 235-2456

(Additional Counsel on Signature Page)

Attorneys for Plaintiff Rogelio Ramirez

TOREY J. FAVAROTE State Bar No.: 198521
BRANDYN E. STEDFIELD State Bar No.: 225357
JANET S. YAVROUIAN State Bar No.: 252602
GLEASON & FAVAROTE, LLP
835 Wilshire Blvd., Suite 200
Los Angeles, California 90017
Telephone: (213) 452-0510; Facsimile: (213) 452-0514
tfavarote@gleasonfavarote.com
bstedfield@gleasonfavarote.com
jyavrouian@gleasonfavarote.com

Attorneys for Defendant
VEOLIA TRANSPORTATION SERVICES, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO RAMIREZ, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　vs.<br><br>VEOLIA TRANSPORTATION, INC. and DOES 1 to 100, Inclusive.<br><br>　　Defendants. | Case No.: 2:10-cv-7564-GW (AGRx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE FOLLOWING SETTLEMENT** |

Page 1
**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE FOLLOWING SETTLEMENT**

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

After considering the Stipulation of the parties to dismiss this action with prejudice following settlement, the facts upon which the Stipulation is based, and good cause appearing, it is hereby ORDERED:

    A.    The Status Conference scheduled for July 11, 2011 is taken off calendar; and,

    B.    This matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 11, 2011

Hon. George H. Wu
UNITED STATES
DISTRICT COURT JUDGE